Scott L. KELLY, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 47186.

Missouri Court of Appeals,
Western District.

June 15, 1993.

Lorry L. Kohrs, Asst. Appellate Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BERREY, P.J., and
BRECKENRIDGE and HANNA, JJ.

### ORDER

PER CURIAM:

Defendant appeals from the denial of a Rule 24.035 motion for post-conviction relief, without an evidentiary hearing.

The denial of post-conviction relief is affirmed. Rule 84.16(b).